**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-23904-CIV-ALTONAGA/Reid**

**JOSHUA HOLT**, *et al.*,

  Plaintiffs,

v.

**PETROLEOS DE VENEZUELA, S.A.**; *et al.*,

  Defendants.

_____/

**ORDER**

 **THIS CAUSE** came before the Court upon review of Plaintiffs' Complaint [ECF No. 1], filed on June 3, 2026, asserting six claims for relief against Defendants, Petroleos de Venezuela, S.A. ("PDVSA") and Corporacion Venezolana del Petroleo ("CVP"). (*See generally id.*). PDVSA is a "Venezuelan state-owned oil and natural gas company." (*Id.* ¶ 20). CVP is a "wholly owned subsidiary of PDVSA." (*Id.* ¶ 21). Each entity appears to be located in Venezuela. (*See id.*, Proposed Summons [ECF No. 1-2] 1; *see also* Compl., Proposed Summons [ECF No. 1-3] 1). Given the complexities of and delays encountered in effecting service on foreign defendants, and under the Court's inherent power to manage its docket to ensure the orderly progress of the case, *see, e.g.*, *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." (alteration added; citations omitted)), it is

CASE NO. 26-23904-CIV-ALTONAGA/Reid

**ORDERED** as follows:

1.      The Clerk of Court is instructed to mark the case as **CLOSED** for administrative purposes only.

2.      The Court retains jurisdiction, and when Plaintiffs file proofs of service on both Defendants, the Court will reopen the case on motion by Plaintiffs.  This Order shall not prejudice the rights of the parties to this litigation.

3.      Plaintiffs are instructed to submit, every **sixty (60) days** from the date of this Order, status reports advising of the status of service upon Defendants.

**DONE AND ORDERED** in Miami, Florida, this 4th day of June, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2